**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| TIMOTHY BENSON,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY *also known as* Lincoln Financial Group,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:18-cv-01197<br>Judge Trauger |

**ORDER**

Pursuant to Administrative Order No. 138, it is hereby ORDERED that this case is TRANSFERRED to Judge Eli Richardson for all purposes.

All present deadlines and court dates shall remain in place, subject to modification by Judge Richardson or the magistrate judge.

The initial case management scheduled for December 17, 2018 before Judge Trauger is hereby CANCELLED.

It is so **ORDERED**.

ENTER this 26th day of October 2018.

ALETA A. TRAUGER
U.S. District Judge