**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TIMOTHY BENSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:18-cv-1197** |
| | ) | |
| **v.** | ) | **JUDGE RICHARDSON** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (A/K/A LINCOLN FINANCIAL GROUP),** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENTRY OF AGREED ORDER**

Defendant Lincoln National Life Insurance Company (A/K/A Lincoln Financial Group) ("Defendant") moves this Court for entry of the attached Agreed Order. As ground, the parties agree to the extension of time to file a responsive pleading.

Respectfully submitted this 20th day of November, 2018.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

*/s/ Sye T. Hickey*
Sye T. Hickey (BPR No. 032953)
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5747
Facsimile: (615) 744-5747
shickey@bakerdonelson.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of November, 2018, a true and correct copy of the foregoing **MOTION FOR ENTRY OF GREED ORDER** was filed via the Court's CM/ECF electronic filing system, which served the following counsel of record via electronic notification:

K. Cody Allison, Esq.
Samuel D. Payne, Esq.
Lauren W. Travis, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
Telephone: (615) 234-6000
Facsimile: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

*/s/ Sye T. Hickey*
Sye T. Hickey