**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TIMOTHY BENSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:18-cv-1197** |
| | ) | |
| **v.** | ) | **JUDGE RICHARDSON** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (A/K/A LINCOLN FINANCIAL GROUP),** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AGREED ORDER**

Upon agreement of counsel for the respective parties, and as evidenced by their signatures below, Defendant Lincoln National Life Insurance Company (A/K/A Lincoln Financial Group) ("Defendant") shall have an additional 21 days to file a responsive pleading. Therefore, it is ORDERED that Defendant shall have until Wednesday, Decvember 12, 2018 to file a responsive pleading in this matter.

Entered this ________ day of November, 2018.

BY THE COURT:

____________________________________

**AGREED TO AND APPROVED FOR ENTRY:**

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

*/s/ Sye T. Hickey*
Sye T. Hickey (BPR No. 032953)
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5747
Facsimile: (615) 744-5747
shickey@bakerdonelson.com

*Attorney for Defendant*

CODY ALLISON & ASSOCIATES, PLLC

*/s/ Lauren W. Travis w/ permission by Sye T. Hickey*
K. Cody Allison (BPR No. 020623)
Samuel D. Payne (BPR No. 019211)
Lauren W. Travis (BPR No. 032473)
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
Telephone: (615) 234-6000
Facsimile: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of November, 2018, a true and correct copy of the foregoing **AGREED ORDER** was filed via the Court's CM/ECF electronic filing system, which served the following counsel of record via electronic notification:

K. Cody Allison, Esq.
Samuel D. Payne, Esq.
Lauren W. Travis, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
Telephone: (615) 234-6000
Facsimile: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

*/s/ Sye T. Hickey*
Sye T. Hickey