**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TIMOTHY BENSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:18-cv-1197** |
| | ) | |
| **v.** | ) | **JUDGE RICHARDSON** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (A/K/A LINCOLN FINANCIAL GROUP),** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AGREED ORDER**

Upon agreement of counsel for the respective parties, and as evidenced by their signatures below, Defendant Lincoln National Life Insurance Company (A/K/A Lincoln Financial Group) ("Defendant") shall have an additional 21 days to file a responsive pleading. Therefore, it is ORDERED that Defendant shall have until Wednesday, Decvember 12, 2018 to file a responsive pleading in this matter.

Entered this 21st day of November, 2018.

BY THE COURT:

Eli Richardson



4846-8661-1840v1
9990010-ADM001 11/20/2018