IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY BENSON<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY a/k/a Lincoln Financial Group | )<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:18-1197<br>Richardson/Holmes |

**O R D E R**

This civil action was filed on October 24, 2018, and was initially assigned to Judge Trauger. By order of transfer entered October 26, 2018, the case was transferred to District Judge Eli J. Richardson, who then referred the case to the undersigned Magistrate Judge for case management on November 21, 2018. Docket Entry No. 8. The original initial case management conference date of December 17, 2018, was cancelled by Judge Trauger upon transfer to Judge Richardson. (Docket Entry No. 6).

It is hereby ORDERED that the initial case management conference is RESCHEDULED for **2:30 p.m, Wednesday, January 23, 2019**,[1] in Courtroom No. 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The stay of discovery remains in place, subject to any party filing a motion requesting that the stay be lifted.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the

[1]If counsel have other obligations and they are not able to accommodate this date and time, they must contact Ms. Jeanne Cox, Courtroom Deputy, at 615-736-5164, to obtain another mutually agreeable date and time that is available on the Magistrate Judge's calendar.

case, a proposed plan for case resolution efforts and any other relevant matters provided in Local Rule 16.01.[2] If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. *See* Administrative Order No. 174-1. If the parties anticipate little, if any, electronic discovery and they believe it is not necessary to be governed by Administrative Order No. 174-1, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order at least **three business days** prior to the initial case management conference. Counsel are directed to email a copy of their proposed case management order, in either Word or WordPerfect format, to Jeanne_W_Cox@tnmd.uscourts.gov, after they have filed it in the ECF system.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

[2] The parties are directed to the Court's website, under the heading "Judges" for a form proposed case management order utilized by Judge Richardson., which includes Judge Holmes provisions.