IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY BENSON | ) | |
| | ) | NO. 3:18-1197 |
| v. | ) | Richardson/Holmes |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY a/k/a Lincoln Financial Group | ) | |

**O R D E R**

The pending *pro hac vice* motion (Docket No. 11) does not comply with the Court's local rules, because the motion fails to state whether any disciplinary proceedings or criminal charges have been instituted against the attorney seeking *pro hac vice* admission. Local Rule 83.01(b)(2). By no later than **five (5) business days** from the date of entry of this Order, the *pro hac vice* motion must be supplemented by the filing of a statement under oath of the attorney seeking *pro hac vice* admission disclosing whether any disciplinary proceedings or criminal charges have been instituted against the attorney, and if so, providing complete details about the proceeding or charges, including outcome. Failure to do so will result in denial of the *pro hac vice* motion.

It is SO ORDERED.

Barbara D. Holmes
BARBARA D. HOLMES
United States Magistrate Judge