**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TIMOTHY BENSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:18-cv-1197** |
| | ) | |
| **v.** | ) | **JUDGE RICHARDSON** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (A/K/A LINCOLN FINANCIAL GROUP),** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**DECLARATION OF IWANA RADEMAEKERS IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

---

I, Iwana Rademaekers, hereby declare:

1. I am over the age of eighteen (18), have personal knowledge of the facts stated herein, and am competent to be a witness. I am co-counsel for Defendants The Lincoln National Life Insurance Company (a/k/a Lincoln Financial Group) in this case.

2. There have been no disciplinary proceedings by any disciplinary authority or any court, or any criminal charges instituted against me.

I declare under the penalty of perjury that the foregoing facts are true and correct this 30th day of November, 2018.

IWANA RADEMAKERS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of November, 2018, a true and correct copy of the foregoing **DECLARATION OF IWANA RADEMAEKERS IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE** was filed via the Court's CM/ECF electronic filing system, which served the following counsel of record via electronic notification:

K. Cody Allison, Esq.
Samuel D. Payne, Esq.
Lauren W. Travis, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
Telephone: (615) 234-6000
Facsimile: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

*/s/ Sye T. Hickey*
Sye T. Hickey