Motion, DE11 is GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **TIMOTHY BENSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:18-cv-1197** |
| | ) | |
| **v.** | ) | **JUDGE RICHARDSON** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (A/K/A LINCOLN FINANCIAL GROUP),** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO APPEAR PRO HAC VICE

Defendant The Lincoln National Life Insurance Company ("Lincoln"), pursuant to Local Rule 83.01(d) of the Local Rules of Court for the Middle District of Tennessee, respectfully requests that the Court grant Iwana Rademaekers, Esq. leave to appear in this matter *pro hac vice* on behalf of Lincoln. In support of this motion, Lincoln states as follows:

1. Iwana Rademaekers is a partner with the LAW OFFICES OF IWANA RADEMAEKERS, P.C., and has a physical business address of 14785 Preston Road, Suite 550, Dallas, Texas 75254, telephone (214) 579-9319. Ms. Rademaekers' e-mail address is iwana@rademaekerslaw.com

2. Ms. Rademaekers is licensed to practice law in the State of Texas and is a member in good standing of the State Bar of Texas. Furthermore, Ms. Rademaekers has been admitted to practice in the United States District Court for the Northern District of Texas. Ms. Rademaekers' Certificate of Good Standing from the Northern District of Texas is filed herewith.

3. Lincoln shall also be represented in this matter by Tennessee counsel, Sye T. Hickey of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. Ms. Rademaekers will have access to said attorneys to answer questions and thus will be advised as to the Court's Local Rules and customs regarding local practice.

WHEREFORE, Lincoln respectfully requests that the Court grant this motion and allow Iwana Rademaekers to appear *pro hac vice* on its behalf in this matter.

Respectfully submitted this 28th day of November, 2018.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

*/s/ Sye T. Hickey*
Sye T. Hickey (BPR No. 032953)
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5747
Facsimile: (615) 744-5747
shickey@bakerdonelson.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of November, 2018, a true and correct copy of the foregoing **MOTION TO APPEAR PRO HAC VICE** was filed via the Court's CM/ECF electronic filing system, which served the following counsel of record via electronic notification:

K. Cody Allison, Esq.
Samuel D. Payne, Esq.
Lauren W. Travis, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
Telephone: (615) 234-6000
Facsimile: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

*/s/ Sye T. Hickey*
Sye T. Hickey