IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

TIMOTHY BENSON
Plaintiff(s),

v.

Case No. 3:18-CV-01197

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (A/K/A LINCOLN
Defendant(s),

# BUSINESS ENTITY DISCLOSURE

(Disclosure of corporate affiliations, business entity citizenship, and financial interests.)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☒ This party has parent corporations.

If yes, identify **on attached page(s)** all parent corporations, including grandparent and great-grandparent corporations.

☒ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held corporation or other publicly held entity.

If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp.,* LLC, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: Dec 12, 2018

Signature: /s/ Iwana Rademaekers

Printed Name: Iwana Rademaekers

Title: Counsel for Defendant The Lincoln National Life Insurance Co

**CERTIFICATE OF SERVICE**

**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.
2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Respectfully submitted this 12th day of December 2018.

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted Pro Hac Vice)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- AND -

Sye T. Hickey (BPR No. 032953)
BAKER DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Main: (615) 726-5600
Fax: (615) 744-734
Email: shickey@bakerdonelson.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **12th day of December, 2018**, a true and correct copy of the foregoing **BUSINESS ENTITY DISCLOSURE** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

K. Cody Allison, Esq.
Samuel D. Payne
Lauren W. Travis
CODY ALLISON & ASSOCIATES, PLLC
Parkway Towers
404 James Robertson Pkwy, Ste # 1623
Nashville, TN 37219
cody@codyallison.com
sam@codyalliosn.com
lauren@codyallison.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers