**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TIMOTHY BENSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:18-CV-01197** |
| **v.** | ) | |
| | ) | **JUDGE RICHARDSON** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY (A/K/A** | ) | **MAGISTRATE JUDGE HOLMES** |
| **LINCOLN FINANCIAL GROUP),** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE</u>**

COME NOW Plaintiff, Timothy Benson ("Plaintiff"), and Defendant, The Lincoln National Life Insurance Company ("Lincoln"), by and through their undersigned counsel of record, file this Joint Motion to Continue Scheduling Conference and would show unto the Court as follows:

1. The Court entered an Order (Doc 13) on November 28, 2018, setting the Initial Case Management Conference for January 23, 2019, at 2:30 p.m.

2. The Parties have been discussing a resolution of the case and have made significant progress towards an agreement. Accordingly, the Parties want to save both the Court's resources and the Parties' time and expense of attending the Initial Case Management Conference if the case will be resolved through settlement. This request for time is not to cause undue delay, but is done in the interest of judicial efficiency and justice. Therefore, to facilitate the settlement and conserve resources, the Parties request that the Court continue the Initial Case Management Conference for at least seven (7) days.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request this Honorable Court to grant this Joint Motion to Continue Initial Case Management Conference.

Respectfully submitted this 22nd day of January 2019.

**CODY ALLISON & ASSOCIATES, PLLC**

/s/ K. Cody Allison
K. Cody Allison, BPR No. 20623
Samuel D. Payne, BPR No. 19211
Lauren W. Travis, BPR No. 32473
Parkway Towers
404 James Robertson Pkwy, Ste. 41623
Nashville, Tennessee 37219
Phone: (615) 234-6000
Fax: (615) 727-0175
codygcodyal lison.com
sam@codyallison.com
laurengcodyal lison.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted Pro Hac Vice)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- *And* -

Sye T. Hickey (BPR No. 032953)
BAKER DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Main: (615) 726-5600
Fax: (615) 744-734
Email: shickey@bakerdonelson.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of January, 2019, a true and correct copy of the foregoing **JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

K. Cody Allison, Esq.
Samuel D. Payne
Lauren W. Travis
CODY ALLISON & ASSOCIATES, PLLC
Parkway Towers
404 James Robertson Pkwy, Ste # 1623
Nashville, TN 37219
cody@codyallison.com
sam@codyalliosn.com
lauren@codyallison.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers