**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TIMOTHY BENSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:18-CV-01197** |
| **v.** | ) | |
| | ) | **JUDGE RICHARDSON** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (A/K/A LINCOLN FINANCIAL GROUP),** | ) | |
| | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

CONSIDERING the Joint Motion to Continue Initial Case Management Conference filed by the Parties:

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. The Initial Case Management Conference in the above-styled matter is continued and is reset for ___________________, 2019 at ______ __.m.

Entered this _____ day of ___________, 2019.

______________________________________
UNITED STATES DISTRICT JUDGE