**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**TIMOTHY BENSON,**

**Plaintiff;**

**vs.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (A/K/A LINCOLN FINANCIAL GROUP),**

**Defendant.**

**Case No.: 3:18-cv-01197**
**Judge Richardson**
**Magistrate Judge Holmes**

---

## JOINT NOTICE OF SETTLEMENT

---

Plaintiff, Timothy Benson, and Defendant, The Lincoln National Life Insurance Company, by and through their undersigned counsel, file this Joint Notice of Settlement and request that the Initial Case Management Conference scheduled for January 23, 2019 be canceled. Plaintiff informs the Court that this case has been settled and intends on filing a Joint Stipulation of Dismissal with Prejudice with the Court within forty-five (45) days.

Respectfully submitted,

**CODY ALLISON & ASSOCIATES, PLLC**

/s/ Lauren W. Travis
K. Cody Allison, BPR No. 020623
Samuel D. Payne, BPR No. 019211
Lauren W. Travis, BPR No. 032473
404 James Robertson Parkway, Ste. 1623
Nashville, TN 37219
Telephone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar #16452560
*Admitted pro hac vice*
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

**BAKER DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

Sye T. Hickey, BPR No. 032953
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5600
Fax: (615) 744-734
shickey@bakerdonelson.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2019, it is anticipated that a true and correct copy of the foregoing document will be served via the Court's ECF System on:

Iwana Rademaekers
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

Sye T. Hickey
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5600
Fax: (615) 744-734
shickey@bakerdonelson.com

/s/ Lauren W. Travis