IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY BENSON,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>NO. 3:18-cv-01197<br><br>JUDGE RICHARDSON |

**ORDER**

The parties have filed a Joint Notice of Settlement (Doc. No. 22), indicating that this case has been settled. Accordingly, the parties shall file a Joint Stipulation of Dismissal by March 11, 2019.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE