**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**TIMOTHY BENSON,**

**Plaintiff;**

**vs.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (A/K/A LINCOLN FINANCIAL GROUP),**

**Defendant.**

**Case No.: 3:18-cv-01197**
**Judge Richardson**
**Magistrate Judge Holmes**

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

COME NOW the Plaintiff, Timothy Benson, and Defendant, The Lincoln National Life Insurance Company, by and through their undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 11th day of March, 2019.

Respectfully submitted,

**CODY ALLISON & ASSOCIATES, PLLC**

/s/ Lauren W. Travis
K. Cody Allison, BPR No. 020623
Samuel D. Payne, BPR No. 019211
Lauren W. Travis, BPR No. 032473
Parkway Towers
404 James Robertson Parkway, Ste. 1623
Nashville, TN 37219
Telephone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com

sam@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar #16452560
*Admitted pro hac vice*
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

**BAKER DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

Sye T. Hickey, BPR No. 032953
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5600
Fax: (615) 744-734
shickey@bakerdonelson.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2019, it is anticipated that a true and correct copy of the foregoing document will be served via the Court's ECF System on:

Iwana Rademaekers
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

Sye T. Hickey
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5600
Fax: (615) 744-734
shickey@bakerdonelson.com

/s/ Lauren W. Travis