**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

Timothy Benson

Plaintiff,

v.

Case No.: 3:18−cv−01197

The Lincoln National Life Insurance Company

Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/13/2019 re [25].

Clerk of Court
s/ Megan Gregory, Deputy Clerk